BEFORE THE THIRD DIVISION, APRIL 2, 1963

No. 67557.—The Babb Co., Inc., and Import Export Service of N.J. v. United States, protest 221985–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of a "Wasp Jr. Engine" similar in all material respects to that the subject of *Import Export Service of New Jersey* and *The Babb Co.* v. *United States* (37 Cust. Ct. 54, C.D. 1798), the claim of the plaintiffs was sustained.

No. 67558.—United China & Glass Co. v. United States, protest 62/12092 (Portland, Oreg.).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of decorated porcelain after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 67559.—A. V. Olsson Trading Co. v. United States, protest 61/21675 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiff was sustained.